# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

JACLYNN JOHNSON                                                    PLAINTIFF

v.                              No. 4:23-cv-372-DPM

EQUIFAX INFORMATION SERVICES LLC                  DEFENDANT

## JUDGMENT

Johnson's complaint is dismissed with prejudice.

_____
D.P. Marshall Jr.
United States District Judge

11 June 2024